1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

SCOTT K. RICKS,

1:15-cv-01148-EPG-PC

12

            Plaintiff,

ORDER ADDRESSING PLAINTIFF'S
REQUEST FOR CLARIFICATION
(ECF No. 13.)

13

      vs.

14

O. ONYEJE, et al.,

15

            Defendants.

16
17

18        Scott K. Ricks ("Plaintiff") is an inmate proceeding *pro se* and *in forma pauperis* with

19   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing

20   this action on July 24, 2015.  (ECF No. 1.)

21        On August 17, 2015, Plaintiff filed a request for clarification of the Court's order issued

22   on August 6, 2015.  (ECF No. 13.)  The Court's order of August 6, 2015 reads as follows on

23   the docket:

24

25        ORDER Terminating 10 Motion to Proceed in Forma Pauperis;
          Previous 2 Motion to Proceed in Forma Pauperis was Granted by
          Order 7 on 7/27/15. (Text Entry Only).

26

27   (ECF No. 12.)  Plaintiff requests an explanation why his motion to proceed *in forma pauperis*

28   was "terminated" on August 6, 2015 after it had already been granted.  Plaintiff asserts that on

1

July 27, 2015, his motion to proceed *in forma pauperis* was granted, and on August 11, 2015, he received the August 6, 2015 order "terminating" his motion.

The Court offers this explanation of the chain of events.  On July 24, 2015, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 2.)  On July 27, 2015, the Court issued an order granting the motion. (ECF No. 7.)  On July 31, 2015, Plaintiff filed a document titled "Application to Proceed in Forma Pauperis by a Prisoner." (ECF No. 10.)  The Court construed Plaintiff's application as another "motion to proceed *in forma pauperis*." (Id.)  The Court "terminated" the July 31, 2015 motion, because there was no need for the Court to grant another motion to proceed *in forma pauperis* in this case.[1]

Plaintiff is advised that he is now proceeding *in forma pauperis* in this action, and there is no need for him to file any additional motions to proceed *in forma pauperis* or copies of his prison trust account statement for this case.  This order resolves Plaintiff's request for clarification filed on August 17, 2015.

IT IS SO ORDERED.

Dated:   **January 21, 2016**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] On August 31, 2015, Plaintiff filed a third motion to proceed *in forma pauperis*, which was also "terminated" on the docket for the same reason. (ECF Nos. 14, 15.)