# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>          Plaintiff,<br><br>     v.<br><br>O. ONYEJE, et al.,<br><br>          Defendants. | 1:15-cv-01148-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIMS AND DEFENDANTS<br><br>[ECF No. 25] |

      Plaintiff Scott K. Ricks ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is related to Ricks v. Levine, et al., 1:15-cv-1150-AWI-BAM, and Ricks v. Austria, et al., 1:15-cv-1147-AWI-BAM. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 5, 2016, the Magistrate Judge issued Findings and Recommendations recommending that this case proceed on Plaintiff's claim against Defendants Onyeje and Navarro for deliberate indifference to serious medical needs in violation of the Eighth Amendment, and that all other claims and defendants be dismissed from this action for failure to state a cognizable claim upon which relief may be granted. (ECF No. 25.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Over fourteen days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued December 5, 2016 (ECF No. 25), are adopted in full;
2. This action shall proceed on Plaintiff's claim against Defendants Onyeje and Navarro for deliberate indifference to serious medical needs in violation of the Eighth Amendment;
3. All other claims, and Defendants J. Fortune, J. Chokatos, and J. Clark Kelso, are dismissed from this action for failure to state a claim upon which relief may be granted;
4. The Clerk of the Court is directed to update the docket to reflect the foregoing dismissals; and
5. This matter is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: February 8, 2017  _____
SENIOR DISTRICT JUDGE