**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01148-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 43) |

　　　　Plaintiff Scott K. Ricks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant Oneyje's motion for an extension of time until January 19, 2018 to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment. In support, defense counsel declares that Plaintiff's opposition is twenty-three pages long and contains seventy-nine statements of fact, requiring significant time to prepare a response. Defense counsel is further unavailable due to a vacation for the holidays.

　　　　Defense counsel further asserts that Plaintiff filed virtually the same opposition to summary judgment in the related cases, <u>Ricks v. Levine</u>, No. 1:15-cv-1150-AWI-BAM, and <u>Ricks v. Austria</u>, No. 1:15-cv-01147-AWI-BAM. Defendant intends to draft a reply consistent with the reply in those cases, and has also sought a similar extension of time in those cases. Thus, Defendant asserts that it would further judicial economy and consistency of the related actions to have the reply due on the same date in all three actions.

Good cause being shown, Defendant's motion is HEREBY GRANTED. Defendant's reply to Plaintiff's opposition to summary judgment is due on or before **January 19, 2018**.

IT IS SO ORDERED.

Dated: **December 12, 2017**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE