# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS, | Case No.: 1:15-cv-01148-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND PLEADING WITHOUT FILING AN AMENDED COMPLAINT |
| v. | |
| O. ONYEJE, et al., | (ECF No. 40) |
| Defendants. | |

Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for leave to amend his pleading without having to file an amended complaint, filed on August 14, 2017. (ECF No. 40.) No response was filed within the time permitted, and the motion is deemed submitted. Local Rule 230(l).

Plaintiff asserts in the motion that he wishes to amend his complaint to increase the amount of compensatory and punitive damages sought in this action, but he does not want to file any amended pleading.

Rule 8(a) requires only that the pleading contain a demand for the relief sought, Fed. R. Civ. P. 8(a)(3), and if Plaintiff prevails on a claim, then he shall be granted the relief to which he

is entitled, even if he did not demand that relief in his complaint, Fed. R. Civ. P. 54(c). Thus, Plaintiff is not bound by the precise damage amount demanded in his complaint, and it is entirely unnecessary for Plaintiff to amend to reduce, or increase, the damages he seeks.

Accordingly, Plaintiff's motion to amend his pleading, filed on August 14, 2017 (ECF No. 40), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 5, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE