# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. ONYEJE, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01148-AWI-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S SECOND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DEMAND FOR TRIAL<br><br>[ECF No. 48] |

Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 1, 2017, Defendants filed a motion for summary judgment. (ECF No. 41.) On December 4, 2017, Plaintiff filed an opposition to the motion. (ECF No. 42.) On January 18, 2018, Defendants filed a reply to the opposition. (ECF No. 47.)

Currently before the Court is Plaintiff's second opposition to Defendant's motion for summary judgment, filed on February 26, 2018. (ECF No. 48). The Court construes this filing as a surreply.

No further briefing on Defendant's motion for summary judgment is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and the Court does not desire any further briefing on the motion.

Accordingly, Plaintiff's surreply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

　　Dated: __**March 9, 2018**__　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE