# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>    Plaintiff,<br><br>v.<br><br>O. ONYEJE, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01148-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF No. 51), AND GRANTING DEFENDANT ONYEJE'S MOTION FOR SUMMARY JUDGMENT (ECF No. 41) |

Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's complaint against Defendants Onyeje and Navarro for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 25.)[1]

On March 12, 2018, the assigned Magistrate Judge filed findings and recommendations ("F&R") recommending that Defendant Onyeje's motion for summary judgment be granted. (ECF No. 51.) The parties were given fourteen days to file objections to the F&R.

Plaintiff filed a motion for an extension of time to file objections to the F&R, dated March 18, 2018. (ECF No. 53.) The motion was granted. (ECF No. 54.) Plaintiff subsequently filed timely objections, on extension. (ECF No. 55.) Defendant Onyeje has filed no objections.

---

[1] This case previously proceeded against three additional defendants who were dismissed from this action for the failure to state a claim upon which relief may be granted, on February 8, 2017. (ECF No. 29.) Thus, this matter proceeds solely against Defendants Onyeje and Navarro at this time.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes that the F&R is supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 12, 2018, (ECF No. 51) are adopted in full;

2. Defendant Onyeje's motion for summary judgment, filed November 1, 2017 (ECF No. 41), is granted; and

3. This matter is referred to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: May 9, 2018

SENIOR DISTRICT JUDGE