# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>        Plaintiff,<br><br>v.<br><br>O. ONYEJE, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01148-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES, AS MOOT<br><br>[Doc. 46] |

    Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On January 2, 2018, Plaintiff filed a motion to consolidate this case with two related actions—*Ricks v. Austria*, 1:15-cv-1147-AWI-BAM, and *Ricks v. Levine*, *et al.*, 1:15-cv-1150-AWI-BAM. (Doc. 46.) Those related actions have since been closed.

    Accordingly, Plaintiff's motion to consolidate is HEREBY DENIED, as moot.

IT IS SO ORDERED.

    Dated: **May 15, 2018**          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE